USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

TYISHAWN JONES,

Defendant.

---

1:25-cr-00369

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court held an arraignment and status conference in this case on August 27, 2025. During the conference, the Court issued several orders. The parties are directed to minute entries filed on the docket on August 27, 2025.

IT IS HEREBY ORDERED that all discovery shall be produced on or before September 19, 2025.

IT IS FURTHER ORDERED that, if Defendant intends to file motions, they shall be filed on or before November 19, 2025. Any opposition shall be filed on or before November 28, 2025 and any reply shall be filed on or before December 5, 2025.

IT IS FURTHER ORDERED that the parties shall appear for a pretrial conference on December 11, 2025 at 11:00 a.m.

IT IS FURTHER ORDERED that the trial is scheduled for January 12, 2026 to January 14, 2026.

**SO ORDERED.**

**Date: August 28, 2025**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**