

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 3, 2025

**BY ECF & E-MAIL**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 12/3/2025

> Re:  *United States v. Tyishawn Jones, 25 Cr. 369 (MKV)*

Dear Judge Vyskocil:

The Government writes to respectfully request to briefly adjourn the conference in the above-referenced case, currently scheduled for December 11, 2025 at 11:00 a.m., to December 15, 2025 at 3:00 p.m., to avoid a scheduling conflict.  The Government understands from the Court's deputy that the Court has availability at that time and further understands that defense counsel is available.  Time under the Speedy Trial Act was excluded by the Court through to December 11, 2025.  The Government respectfully requests to further exclude time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), through to December 15, 2025, as the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial in order to allow the parties to prepare for trial and to discuss a potential pretrial disposition in the case.  Defense counsel consents to the foregoing requests.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:___/s/_____
Kevin Sullivan
Assistant United States Attorney
(212) 637-1587

cc:    Michael K. Burke, Esq., *Counsel for the Defendant*

GRANTED.
Conference in this matter is HEREBY ADJOURNED to December 15th, 2025 at 3pm.
SO ORDERED.

Date: 12/3/2025
New York, New York

Mary Kay Vyskocil
United States District Judge